UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00222(1)-ADA |
| | § | |
| (1) RODRIGO CASTILLO-ESQUIVEL | § | |

**ORDER**

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 1, 2025, wherein the defendant (1) RODRIGO CASTILLO-ESQUIVEL waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) RODRIGO CASTILLO-ESQUIVEL to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) RODRIGO CASTILLO-ESQUIVEL's plea of guilty to Count One (1) is accepted.

    Signed this 16th day of May, 2025.

                                                                   _____
                                                                  ALAN D ALBRIGHT
                                                                  UNITED STATES DISTRICT JUDGE